JERRY S. BUSBY
Nevada Bar #001107
ANDRE T. MARQUES
Nevada Bar #014737
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
amarques@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHY VERNE, an individual<br><br>   Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a foreign corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive.<br><br>   Defendants. | Case No. 2:20-cv-01633-JCM-EJY<br><br>**STIPULATION TO EXTEND DATE FOR FILING THE JOINT PRE-TRIAL ORDER**<br><br>**(FIRST REQUEST)** |

WHEREAS, counsel for the parties have begun drafting a Joint Pre-Trial Order but due to Plaintiff's attorney being out of town and having conflicts with other cases and counsel for Defendant being out of town this week, counsel require additional time to complete the Joint Pre-Trial Order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CLAC 6921086.1

IT IS HEREBY STIPULATED by and between Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its counsel JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., and Plaintiff KATHY VERNE, by and through her attorney BRICE J. CRAFTON, ESQ. of the law firm DEAVER & CRAFTON, that the date for filing the Joint Pre-Trial Order be extended from April 29, 2022 until May 13, 2022.

DATED this 29th day of April, 2022.

| DEAVER & CRAFTON | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Brice J. Crafton | /s/ Jerry S. Busby |
| BRICE J. CRAFTON, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 010558 | Nevada Bar No.001107 |
| 810 East Charleston Boulevard | 3016 West Charleston Boulevard - #195 |
| Las Vegas, Nevada 89104 | Las Vegas, Nevada 89102 |
| (702) 385-5969 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| KATHY VERNE | SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: April 29th, 2022

CLAC 6921086.1

2