JERRY S. BUSBY
Nevada Bar #001107
ANDRE T. MARQUES
Nevada Bar #014737
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
amarques@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHY VERNE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a foreign corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive.<br><br>Defendants. | Case No. 2:20-cv-01633-JCM-EJY<br><br>**STIPULATION TO CONTINUE TRIAL IN ORDER TO ALLOW THE PARTIES TO FINALIZE THE SETTLEMENT PREVIOUSLY AGREED UPON BY THE PARTIES**<br><br>**(FIRST REQUEST)** |

WHEREAS, as a result of counsel and the parties participating in a mandatory settlement conference reached a full and final settlement of this case and counsel are currently working to receive final Medicare lien information to allow the parties to finalize the settlement and file a stipulation to dismiss the case;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CLAC 7204485.1

IT IS HEREBY STIPULATED by and between Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its counsel JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., and Plaintiff KATHY VERNE, by and through her attorney BRICE J. CRAFTON, ESQ. of the law firm DEAVER & CRAFTON, that the trial date in this case be continued for ninety (90) days to allow the parties to finalize the agreed-upon settlement and file a stipulation dismissing the case.

DATED this 9th day of November, 2022.

| DEAVER & CRAFTON | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Brice J. Crafton | /s/ Jerry S. Busby |
| BRICE J. CRAFTON, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 010558 | Nevada Bar No.001107 |
| 810 East Charleston Boulevard | 3016 West Charleston Boulevard - #195 |
| Las Vegas, Nevada 89104 | Las Vegas, Nevada 89102 |
| (702) 385-5969 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| KATHY VERNE | SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS ORDERED that the trial currently set for December 5, 2022, is continued to March 13, 2023, at 9:00 a.m.; and that the Calendar Call currently set for November 30, 2022, is continued to March 8, 2023, at 1:30 p.m.

_____
UNITED STATES DISTRICT JUDGE
DATED: November 9, 2022

CLAC 7204485.1