JERRY S. BUSBY
Nevada Bar #001107
ANDRE T. MARQUES
Nevada Bar #014737
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
amarques@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHY VERNE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a foreign corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive.<br><br>Defendants. | Case No. 2:20-cv-01633-JCM-EJY<br><br>**STIPULATION FOR DISMISSAL<br>WITH PREJUDICE** |

WHEREAS, a settlement conference was conducted by Judge Elayna J. Youchah on September 8, 2022 which resulted in the parties and their counsel agreeing to a full and final settlement of this case and all claim set forth therein;

IT IS HEREBY STIPULATED AND AGREED by and between SMITH'S FOOD & DRUG CENTERS, INC., by and through its attorney of record, Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. and KATHY VERNE, by and through her attorney of record, Brice J. Crafton, Esq. of the law firm DEAVER & CRAFTON as follows:

1. That any and all claims of KATHY VERNE herein against SMITH'S FOOD & DRUG CENTERS, INC. and all other Defendants be dismissed with prejudice, each party to bear their own fees and costs; and

/ / /

/ / /

CLAC 7125109.1

2. That any other pending deadlines or filing dates be vacated.

DATED this 14th day of December, 2022.

| DEAVER & CRAFTON | COOPER LEVENSON, P.A. |
|---|---|
| BRICE J. CRAFTON, ESQ.<br>Nevada Bar No. 010558<br>810 East Charleston Boulevard<br>Las Vegas, Nevada 89104<br>(702) 385-5969<br>Attorneys for Plaintiff<br>KATHY VERNE | /s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No.001107<br>3016 West Charleston Boulevard - #195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED. Case dismissed with prejudice, each party to bear their own fees and costs.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: December 20, 2022

2